IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

SEAN CRAWFORD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

1:97–CR–3 (WLS)

1:07-CV-71 (WLS)

28 U.S.C. § 2255

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 346), filed February 22, 2008. It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied. Petitioner has not filed an objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED, ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 342) is **DENIED**.

SO ORDERED, this 21st day of May, 2008.

                                         /s/W. Louis Sands
                                      **W. Louis Sands, Judge**
                                      **United States District Court**